UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD RUBINO ) | |
| ) | Case No: 3:10-cv-04430-FLW-TJB |
| Plaintiff ) | |
| vs. ) | CIVIL ACTION |
| FIRST FINANCIAL ASSET ) | |
| MANAGEMENT, INC. ) | |
| Defendant ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Donald Rubino, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
93 Old York Road, Suite 333
Jenkintown, PA  19046
215-745-9800